1
2
3                                                    O
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   DARRYL EUGENE HARNISH,            Case No.  2:18-cv-03600-RGK-KES

12          Petitioner,

13        v.                          ORDER ACCEPTING REPORT AND

14   MICHAEL MARTELL, Warden,         RECOMMENDATION OF UNITED

15          Respondent.               STATES MAGISTRATE JUDGE

16

17

18          Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. 1), the

19   other records on file herein, and the Report and Recommendation of the United States

20   Magistrate Judge (Dkt. 33).  No objections to the Report and Recommendation were

21   filed, and the deadline for filing such objections has passed.  The Court accepts the

22   report, findings, and recommendations of the Magistrate Judge.

23   //

24   //

25   //

26   //

27   //

28

IT IS THEREFORE ORDERED that (1) Respondent's motion to dismiss (Dkt. 17) is granted, (2) Petitioner's request for a stay is denied as moot, and (3) Judgment shall be entered dismissing the Petition as untimely.

DATED:  March 28, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE