JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRYL EUGENE HARNISH,<br>Petitioner,<br>v.<br>MICHAEL MARTELL, Warden,<br>Respondent. | Case No. 2:18-cv-03600-RGK-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed as untimely.

DATED: March 28, 2019

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE